UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Perry Osborne Mackall, #378696,

    Plaintiff,                                   Case No. 05-71389

v.                                                Hon. Nancy G. Edmunds

Amy Best,

    Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's Complaint is dismissed for failing to establish that he has exhausted his administrative remedies.

SO ORDERED.

                        s/Nancy G. Edmunds
                        Nancy G. Edmunds
                        United States District Judge

Dated: December 7, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 7, 2005, by electronic and/or ordinary mail.

                        s/Carol A. Hemeyer
                        Case Manager